# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREA CAMBIO,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERSTATE ELECTRICAL SERVICES CORPORATION,<br><br>    Defendant. | **CIVIL ACTION NO.: 1:18-CV-00376** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in this lawsuit, through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule of Civil Procedure 29, that all claims asserted in the lawsuit against Defendant by Plaintiff are **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party. Please dismiss the Complaint and this lawsuit in their entirety, with prejudice.

| | |
|---|---|
|    *s/Sonja L. Deyoe* |    *s/Joseph A. Keough Jr.* |
| Sonja L. Deyoe, Esq. | Joseph A. Keough Jr., Esq. |
| Law Office of Sonja L. Deyoe | KEOUGH + SWEENY, LTD. |
| 395 Smith Street | 41 Mendon Avenue |
| Providence, Rhode Island 02908 | Pawtucket, Rhode Island 02861 |
| Tel: (401) 864-5877 | Tel: (401) 724-3600 |
| Fax: (401) 354-7464 | Fax: (973) 724-9909 |
| Attorney for Plaintiff | Attorney for Defendant |

**APPROVED:**

_____
               J.